# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| **ALFONSO TRAINA** | ) | **CASE NO.    4:04CV1798** |
| | ) | |
| **PLAINTIFFS** | ) | |
| | ) | |
| **v.** | ) | **JUDGE PETER C. ECONOMUS** |
| | ) | |
| **UNITED PARCEL SERVICE** | ) | **ORDER** |
| | ) | |
| **DEFENDANTS** | ) | |

This matter is set for a status conference following the close of discovery on May 13, 2005 at 1:30 p.m.  Counsel are reminded that they shall appear, in person, with a representative with full settlement authority, unless previously excused for good cause.  Furthermore, the parties shall submit position papers, by facsimile or electronic mail, to the Court and opposing counsel one week in advance of the conference.  The position papers shall include the current status of settlement negotiations.

Attached to this Order is a Summary of Damages form to be completed by counsel and submitted contemporaneously with the position papers.

**IT IS SO ORDERED.**


 s/ Peter C. Economus 4/28/05
**PETER C. ECONOMUS**
**UNITED STATES DISTRICT JUDGE**